UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KENNETH FRY,

    Petitioner,

                                    Case No. 1:11-cv-564

v.

                                    HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent,
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:  July 26, 2011                                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District